In the Matter of the Petition of DINAH R. ROSENBLATT, for Reinstatement as an Attorney and Counselor at Law.

In the Matter of the Application of ERIE COUNTY BAR ASSOCIATION for Disciplinary Action against DINAH R. ROSENBLATT, an Attorney and Counselor at Law.

Submitted January 4, 1954; decided January 21, 1954.

*Dinah R. Rosenblatt,* in person, for motions.
*J. Clement Johnson,* opposed.

Motion in the first above-entitled proceeding for leave to appeal dismissed upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution. Motion in the second above-entitled proceeding, insofar as it seeks leave to appeal, dismissed upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution, and motion, insofar as it seeks reargument of motion for leave to appeal, denied.